IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MONCRIEF,<br><br>　　　　Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | No. C 16-1839 LHK (PR)<br><br>ORDER OF DISMISSAL |

On April 8, 2016, plaintiff, proceeding *pro se*, filed a letter which commenced this action. On the same day the clerk notified plaintiff that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). (Docket No. 3.) The clerk also notified plaintiff that he failed to submit a complaint. (Docket No. 2.) Plaintiff was provided with an IFP application and the court's form complaint. Plaintiff was cautioned that his failure to either file a completed IFP application or pay the filing fee and file a complaint within twenty-eight days would result in the dismissal of this action. To date, plaintiff has not paid his filing fee, filed a completed IFP application, or filed a complaint.

Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 5/20/2016

　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.16\Moncrief839disifpcomp.wpd